# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUL BENNETT, on behalf of herself and all similarly situated persons,<br><br>         Plaintiff,<br><br>v.<br><br>LEAD INFO STREAM, INC., DBA PROMEDIA LEADS; and LEADPOINT, INC.,<br><br>         Defendants. | Case No.: 3:14-cv-01316-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO VACATE PRE-TRIAL DATES AND TRIAL**<br><br>[Doc. No. 90] |

On December 17, 2015, the parties filed a joint motion stating that they had entered into a settlement agreement and requesting the Court to vacate all pretrial and trial dates pending the Court's approval of the settlement. (Doc. No. 90.) The Court grants the joint motion and vacates the pre-trial dates and trial. Plaintiff must file a motion for preliminary approval no later than January 25, 2016, absent further order of the Court.

**IT IS SO ORDERED.**

DATED: December 18, 2015

              _____
              MARILYN L. HUFF, District Judge
              UNITED STATES DISTRICT COURT