1  **MATTHEW RIGHETTI, ESQ. {121012}**
   **matt@righettilaw.com**
2  **JOHN GLUGOSKI, ESQ. {191551)**
3  **jglugoski@righettilaw.com**
   **MICHAEL RIGHETTI, ESQ. {258541}**
4  **mike@righettilaw.com**
5  **RIGHETTI • GLUGOSKI, P.C.**
   456 Montgomery Street, Suite 1400
6  San Francisco, CA 94104
7  Telephone: (415) 983-0900
8  Facsimile:  (415) 397-9005

9  **CHARLES A. JONES  ESQ. {SBN 224915}**
10 **KELLY MCINERNEY ESQ. {SBN 200017}**
   **JONES LAW FIRM**
11 9585 Prototype Court, Suite B
12 Reno, Nevada 89521
13 Telephone:  (775) 853-6440
   Facsimile:  (775) 853-6445
14
15 Attorneys for Plaintiff, individually, and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUL BENNETT, on behalf of herself and all similarly situated persons, | *Case No.: 3:14-cv-01316-H-JLB* |
| Plaintiff, | **NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| vs. | *Hon. Marilyn L. Huff* |
| Lead Info Stream Inc., dba Promedia Leads, and LeadPoint, Inc. | Date: March 14, 2016 Time:10:30 a.m. |
| Defendants | |

---

1
**Notice of Motion for Preliminary Approval of Class Action Settlement**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on March 14, 2016 at 10:30 a.m. or as soon thereafter as the matter may be heard before the Honorable Marilyn L. Huff in Courtroom 15A of the above entitled court, located at 333 W. Broadway, Suite 1510, San Diego, CA 92101, Plaintiff will move the Court for an order: 1) preliminarily approving the parties' Settlement Agreement; 2) granting conditional certification of the settlement class; 3) approving Heffler Claims Group as notice and claims administrator; 4) approving notice to the class; and 5) scheduling a hearing date for final approval of the settlement.

Plaintiff's motion will be based on this Notice of Motion, Plaintiff's Memorandum of Points and Authorities in support thereof, the declaration of Matthew Righetti and the exhibits attached thereto, the Declaration of Jim Prutsman and the exhibits attached thereto, the complete files and records of this action, and any oral argument presented to the Court at the hearing.

    Respectfully submitted,

    **RIGHETTI GLUGOSKI, P.C.**

Date: January 25, 2016    By:    <u>/S/ Michael Righetti</u>
    Attorneys for Plaintiff